UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| TJ STINCHCOMB | : | CASE NO. 11-13463-WHD |
| ANGELA MICHELLE ADAMS STINCHCOMB | : | JUDGE W.H. DRAKE, JR. |
| Debtors | : | |

**CHAPTER 7 DIVIDEND DISTRIBUTION REPORT**

The approved final distributions in the above styled case are:

Chapter 7 administrative expenses: 100.00%

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---|---|---|
| Theo D. Mann, Trustee | $1,464.14 | $63.90 | $1,528.04 |
| Theo D. Mann , Attorney for Trustee | $1,740.50 | $0.00 | $1,740.50 |

Unsecured claims: 7.84%

| CLAIMANT | ALLOWED AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|
| DISCOVER BANK | $3,968.08 | $311.22 |
| DISCOVER BANK | $11,236.02 | $881.26 |
| PYOD, LLC ITS SUCCESSORS AND ASSIGN | $4,213.30 | $330.45 |
| PYOD, LLC ITS SUCCESSORS AND ASSIGN | $15,398.27 | $1,207.71 |
| CAPITAL ONE BANK (USA), N.A. | $4,643.00 | $364.16 |
| CAPITAL ONE, N.A. | $9,357.94 | $733.95 |

**TOTAL AMOUNT DISBURSED ON THIS REPORT:**            **$7,097.29**

Prepared by:

Reviewed and approved by:

Guy G. Gebhardt
Acting U. S. Trustee, Region 21

By: /s/*Theo D. Mann*
Theo D. Mann
Attorney for Trustee
GA Bar No. 469150
28 Jackson Street
Newnan, GA 30264-0310
(770) 253-2222
tmann@mwklaw.org

By: /s/ *Jeneane Treace*
R. Jeneane Treace
Trial Attorney
GA Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303
(404) 331-4437
Jeneane.Treace@usdoj.gov